# FORBES LAW LLC

Attorney and Counsellor at Law
www.geflaw.net

Main Street Law Building
166 Main Street
Painesville, Ohio 44077
440-357-6211, ext. 130
crenzi@geflaw.net

(Tax ID No. 81-2769067)

To: Richard M. Osborne
Orwell Trumbull Pipeline Co., LLC
3511 Lost Nation Road, Suite 213
Willoughby, OH 44094

Invoice Date: 4/05/2018

*Thank you in advance for your prompt payment!*

**PLEASE MAKE CHECKS PAYABLE TO: FORBES LAW LLC**

*For your convenience, you can now make payments on-line by visiting our
"Pay Your Bill" page on our website at www.geflaw.net*

Regarding: Osborne, Richard M - LakeShore - CH11
Invoice No: 80588

## Services Rendered

| Date | Staff | Description | Dur/Qty | Rate | Charges |
|---|---|---|---|---|---|
| 12/11/2017 | GEF | Professional Service<br>Telephone conference with client -Carolyn and Jessica | 0.40 | $350.00 | $140.00 |
| 12/12/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Baumgart re: strategy | 0.20 | $350.00 | $70.00 |
| 12/12/2017 | GEF | Professional Service<br>Telephone conference - miscellaneous -Exit financing | 0.30 | $350.00 | $105.00 |
| 12/20/2017 | GEF | Professional Service<br>IDI Meeting | 0.70 | $350.00 | $245.00 |
| 12/20/2017 | GEF | Professional Service<br>Conference with client | 0.50 | $350.00 | $175.00 |
| 1/08/2018 | GEF | Professional Service<br>Lakeshore<br>E-mail to client -Jessica with questions on schedules | 0.20 | $350.00 | $70.00 |
| 1/08/2018 | GEF | Professional Service<br>review and amend schedules | 1.10 | $350.00 | $385.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/09/2018 | CAS | Professional Service<br>Completion of Schedules for filing | 0.60 | $125.00 | $75.00 |
| 1/09/2018 | GEF | Professional Service<br>finalize schedules | 0.70 | $350.00 | $245.00 |
| 1/09/2018 | GEF | Professional Service\<br>Telephone conference with client -Jessica re: schedules | 0.30 | $350.00 | $105.00 |
| 1/09/2018 | GEF | Professional Service<br>Telephone conference with client -Rick re: schedules | 0.20 | $350.00 | $70.00 |
| 1/21/2018 | GEF | Professional Service<br>review and approve MOR | 0.20 | $350.00 | $70.00 |
| 1/22/2018 | GEF | Professional Service<br>E-mail to client -Jessica | 0.20 | $350.00 | $70.00 |
| 1/23/2018 | GEF | Professional Service<br>Attendance at hearing | 0.40 | $350.00 | $140.00 |
| 1/24/2018 | GEF | Professional Service<br>Meeting with Chiron | 0.50 | $350.00 | $175.00 |
| 1/24/2018 | GEF | Professional Service<br>Miscellaneous service -travel | 0.40 | $175.00 | $140.00 |
| 1/24/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Gray re: Chiron | 0.20 | $350.00 | $70.00 |
| 1/24/2018 | GEF | Professional Service<br>luncheon mreeting-Krassof | 0.50 | $350.00 | $175.00 |
| 1/24/2018 | GEF | Professional Service<br>prepare for 341 | 0.40 | $350.00 | $140.00 |
| 1/25/2018 | GEF | Professional Service<br>attend 341 | 0.80 | $350.00 | $280.00 |
| 1/25/2018 | GEF | Professional Service<br>post 341 meeting , | 0.30 | $350.00 | $105.00 |
| 1/25/2018 | GEF | Professional Service<br>Miscellaneous service -travel | 0.30 | $175.00 | $52.50 |
| 1/25/2018 | GEF | Professional Service | 0.30 | $350.00 | $105.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | post 3412 meeting | | | |
| 1/27/2018 | GEF | Professional Service<br>Application of Chiron<br>Revision of documents -application<br>email to all interested parties | 0.50 | $350.00 | $175.00 |
| 1/28/2018 | GEF | Professional Service<br>Work on exhibirs | 1.20 | $350.00 | $420.00 |
| 2/06/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Krasoff re:Lakeshore<br>E-mail miscellaneous -Gray | 0.40 | $350.00 | $140.00 |
| 2/07/2018 | GEF | Professional Service<br>E-mail miscellaneous<br>Randy Snow re: Blair | 0.20 | $350.00 | $70.00 |
| 2/07/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Fred Schweig re: Lakeshore and Cobra | 0.20 | $350.00 | $70.00 |
| 2/07/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Krasoff re: what to do with the Lake shore if Orwell is dismissed | 0.20 | $350.00 | $70.00 |
| 2/10/2018 | GEF | Professional Service<br>Review and analysis<br>Portion of letter having to do with Lakeshore | 0.40 | $350.00 | $140.00 |
| 2/14/2018 | GEF | Professional Service<br>Telephone conference with client -Jessica re: receivers request for information | 0.20 | $350.00 | $70.00 |
| 2/14/2018 | GEF | Professional Service<br>Review omnibus agreement<br>Legal research -status of UCC, materials regarding transmission utiliy, including current and prior statutes, nationwide search for cases | 0.80 | $350.00 | $280.00 |
| 2/16/2018 | GEF | Professional Service<br>Telephone conference with client re:leases | 0.30 | $350.00 | $105.00 |
| 2/16/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Fred re:leases | 0.20 | $350.00 | $70.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/20/2018 | GEF | Professional Service<br>review and approve MOR | 0.20 | $350.00 | $70.00 |
| 2/26/2018 | GEF | Professional Service<br>Draft of Motion to Borrow | 1.30 | $350.00 | $455.00 |
| 3/02/2018 | GEF | Professional Service<br>Review of documents -motion<br>Review and analysis<br>Begin response | 0.60 | $350.00 | $210.00 |
| 3/04/2018 | GEF | Professional Service<br>Lake Shore<br>revise motion | 0.30 | $350.00 | $105.00 |
| 3/07/2018 | GEF | Professional Service<br>Telephone conference - miscellaneous -Fred | 0.20 | $350.00 | $70.00 |
| 3/07/2018 | GEF | Professional Service<br>Telephone conference with client | 0.20 | $350.00 | $70.00 |

Total Fees  $5,797.50