# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| In re: | CASE NO. 17-17246 |
| LAKE SHORE GAS STORAGE, INC., | JUDGE ARTHUR I. HARRIS |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Debtors' Motion Seeking Authority to (A) Enter into Asset Purchase Agreement with Stalking Horse Bidder OCG Resources, LLC for the Sale of All Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Assign Mineral Rights Leases; (C) Receive Alternative Bids; (D) Pay Termination Payment; and (E) Reject Two Agreements with Blair Group Dated December 28, 2012*, Docket No. 89, was served on this 20th day of July 2018 via the Court's CM/ECF system, on the following who are listed on the Court's Electronic Mail Notice List:

Gregory P. Amend on behalf of Creditor First National Bank of Pennsylvania
gamend@bdblaw.com, grichards@bdblaw.com

Sherri Lynn Dahl on behalf of Debtor Lake Shore Gas Storage Inc.
sdahl@dahllawllc.com

Sherri Lynn Dahl on behalf of Plaintiff Chowder Gas Storage Facility, LLC
sdahl@dahllawllc.com

Sherri Lynn Dahl on behalf of Plaintiff Lake Shore Gas Storage, Inc.
sdahl@dahllawllc.com

Matthew H. Matheney on behalf of Creditor First National Bank of Pennsylvania
mmatheney@bdblaw.com, bhajduk@bdblaw.com

Nathaniel R. Sinn on behalf of Creditor First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Nathaniel R. Sinn on behalf of Defendant First National Bank of Pennsylvania
nsinn@bdblaw.com, kslatinsky@bdblaw.com

Randolph L. Snow on behalf of Interested Party 5 Star, LLC
rsnow@bmsa.com

Randolph L. Snow on behalf of Interested Party Ball Resources, Inc.
rsnow@bmsa.com

Randolph L. Snow on behalf of Interested Party Bass Energy, Inc.
rsnow@bmsa.com

Randolph L. Snow on behalf of Interested Party Richard Petticrew Oil & Gas Trust
rsnow@bmsa.com

Randolph L. Snow on behalf of Interested Party Jeffrey B Petticrew
rsnow@bmsa.com

Randolph L. Snow on behalf of Interested Party Richard W Petticrew
rsnow@bmsa.com

Randolph L. Snow on behalf of Interested Party William E. Blair, Jr.
rsnow@bmsa.com

Rachel L. Steinlage on behalf of Other Prof. Zachary Burkons
rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com;rbain@meyersroman.com

Gregory D. Swope on behalf of Creditor Heritage Cooperative, Inc.
gswope@kwgd.com, mhelmick@kwgd.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Dated: July 20, 2018

Respectfully submitted,

*/s/ Sherri L. Dahl*
Sherri L. Dahl (0073621)
DAHL LAW LLC
12415 Coit Road
Bratenahl, Ohio 44108
SDahl@DahlLawLLC.com
Tel: 216.235.6871
Fax: 216.649.0666
*Counsel for*
*Lake Shore Gas Storage, Inc.*