# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-17245 (AIH) |
| **Chowder Gas Storage Facility LLC** | ) | |
| | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 17-17246 (AIH) |
| | ) | |
| **Lake Shore Gas Storage Inc.** | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor | ) | |

## REPORT OF SELECTION FOR APPOINTMENT OF TRUSTEE[1]

Daniel M. McDermott, the United States Trustee for Region 9, respectfully reports to the Court that Anthony J. DeGirolamo has been selected for recommended appointment as the Chapter 11 Trustee in the cases of Chowder Gas Storage Facility LLC and Lake Shore Gas Storage Inc. (together "Debtors") in response to the orders entered in these cases directing the appointment of a chapter 11 trustee in accordance with 11 U.S.C. §1104. (Chowder Doc. No. 102; Lake Shore Doc. No. 104) Anthony J. DeGirolamo maintains his office at 3930 Fulton Dr. NW, Canton, Ohio 44718.

To the best of his knowledge, the United States Trustee is informed that Anthony J. DeGirolamo has no connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any persons employed in the Office of the United States Trustee, except that he is a member of the chapter 7 panel of trustees.

---

[1] These Debtors are related entities but the cases are not jointly administered. The Report of Selection is being filed in both cases.

Further, Anthony J. DeGirolamo is not a relative of the bankruptcy judge approving his appointment.

In selecting Anthony J. DeGirolamo, the United States Trustee consulted with Sherri Dahl, counsel for the Debtors; Nathaniel R. Sinn, counsel for First National Bank of Pennsylvania, and Randy Snow, attorney for the Blair Group. Parties in interest voiced no objection to the selection and appointment of Mr. DeGirolamo as chapter 11 trustee. Anthony J. DeGirolamo will be filing an *Affidavit and Verified Statement* pursuant to Bankruptcy Rule 2007.1 and *Notice of Acceptance* within seven days of the filing of this report. The proposed trustee is aware that a surety bond may be required and must be posted and filed with the Court and the United States Trustee. The proposed trustee stands ready to do so within five days of the Court's approval of his appointment.

WHEREFORE, the United States Trustee respectfully requests that this court approve the appointment of Anthony J. DeGirolamo as Trustee in this Chapter 11 Case in accordance with the duties and requirements of 11 U.S.C. §§ 1104 and 1106.

Respectfully submitted,

Daniel M. McDermott
United States Trustee/Regrion 9

by: */s/ Maria D. Giannirakis*
Maria D Giannirakis (0038220)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114
(216) 522-7800, ext. 222
(216) 522-7193 (Facsimile)
maria.d.giannirakis@usdoj.gov

# Certificate of Service

I certify that on August 1, 2018, a true and correct copy of the Report of Selection was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Gregory P. Amend    gamend@bdblaw.com, grichards@bdblaw.com
- Richard M. Bain    rbain@meyersroman.com, mnowak@meyersroman.com; jray@meyersroman.com
- Sherri Lynn Dahl    sdahl@dahllawllc.com
- Matthew H. Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- William E. Schonberg    wschonberg@beneschlaw.com, docket@beneschlaw.com; cgreen@beneschlaw.com;lbehra@beneschlaw.com
- Nathaniel R. Sinn    nsinn@bdblaw.com, kslatinsky@bdblaw.com
- Randolph L. Snow    rsnow@bmsa.com
- Gregory D. Swope    gswope@kwgd.com, mhelmick@kwgd.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com; mnowak@meyersroman.com; rbain@meyersroman.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. Mail, postage prepaid to:

- Cheryl A. Dragomir
  27147 Center Road
  Beloit, OH 44609

  Vasile T. Dragomir
  27147 Center Road
  Beloit, OH 44609

*/s/ Maria D. Giannirakis*
Maria D. Giannirakis
United States Department of Justice
Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114